UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2010 SEP 27  AM 8:48

CLERK, US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>AGUSTIN DIAZ-MARTINEZ<br><br>                Defendant. | CASE NO. 10CR3058-BEN<br><br>JUDGMENT OF DISMISSAL |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

___   of the offense(s) of the Indictment/Information:

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 09/24/10

ANTHONY J. BATTAGLIA
UNITED STATES DISTRICT JUDGE